UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRAXSTON LAMAR ROUSELL | CIVIL ACTION |
| VERSUS | NO. 17-1429 |
| SHERIFF NEWELL NORMAND ET AL. | SECTION "E"(2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion of defendant Correcthealth Jefferson, LLC to dismiss plaintiff's claims against it, Record Doc. No. 8, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**New Orleans, Louisiana, this 15th day of June, 2017.**

_____
UNITED STATES DISTRICT JUDGE